PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIMITRIUS FOSTER,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:17-cv-00439-CMK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for thirty days from December 22, 2017 to **January 22, 2018**. This is Defendant's second request for extension. Good cause exists to grant Defendant's request for extension. Additional time is required as Counsel for Defendant has over 60 active pending matters, of which require 2+ responses to dispositive motions per week until mid-January. In addition, Counsel has three pending Ninth Circuit matters due in early January which require additional levels of review. Due to current workload demands and shortened staff, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary

Judgment.  Good cause also exists because Defendant is expected to be on leave from December 22, 2017 through December 27, 2017, which falls on the current filing deadline.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                                     Respectfully submitted,

Dated: December 12, 2017              /s/ *Monica Perales
                                                (*as authorized by email on December 12, 2017)
                                                MONICA PERALES
                                                Attorney for Plaintiff

Dated:  December 12, 2017            PHILLIP A. TALBERT
                                                United States Attorney
                                                DEBORAH LEE STACHEL
                                                Regional Chief Counsel, Region IX
                                                Social Security Administration

                                      By     /s/ Tina L. Naicker
                                                TINA L. NAICKER
                                                Special Assistant U.S. Attorney
                                                Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  December 21, 2017

                                                CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE