MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIMITRIUS FOSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00439-CMK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended for seven (7) days from January 22, 2018 to **January 29, 2018**.  This is Defendant's third request for extension.  Good cause exists to grant Defendant's request for extension.  Counsel has two pending Ninth Circuit matters, which require multiple levels of review, due on January 22, 2018 and January 26, 2018, respectively.  In addition, Counsel has over 60+ pending social security cases, which require two or more dispositive motions a week until mid-March.  Good cause also exists as Counsel was also unexpectedly out in early January to take care of a family member who had surgery.  Due to current workload demands and unanticipated medical leave, Counsel

needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 16, 2018  /s/ *Monica Perales
(*as authorized by email on January 16, 2017)
MONICA PERALES
Attorney for Plaintiff

Dated: January 16, 2018  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

Dated:  January 16, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

JS for Extension of Time and PO; 2:17-cv-00439-CMK

2